**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FAYE HARVILL and LEONARD JACKSON,

        Plaintiffs,

-vs-                                      Case No.  8:06-cv-1280-T-24MAP

WYETH;  WYETH PHARMACEUTICALS, INC.;
ESI LEDERLE; PFIZER, INC.; PHARMACIA &
UPJOHN COMPANY, LLC; PHARMACIA
CORPORATION; GREENSTONE, LTD;
SOLVAY PHARMACEUTICALS, INC.;
SOLVAY AMERICA, INC.; SOLVAY, S.A.,

        Defendants.
_____/

**O R D E R**

        Plaintiffs filed a complaint (Doc. No. 1) on July 10, 2007.  A review of the file reveals that Plaintiffs have not made service of the summons and the complaint upon any of the Defendants within 120 days after the filing of the complaint as required by Rule 4(m), Federal Rules of Civil Procedure.

        Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs shall **SHOW CAUSE**, in writing, by November 20, 2006 for failure to perfect service within 120 days after filing the complaint.  **Failure to do so will result in dismissal of this action without prejudice.**

        **DONE AND ORDERED** at Tampa, Florida, this 8th day of November, 2006.

                                                            SUSAN C. BUCKLEW
                                                            United States District Judge