**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FAYE HARVILL and LEONARD JACKSON,

        Plaintiffs,

-vs-                                          Case No.  8:06-cv-1280-T-24MAP

WYETH; WYETH PHARMACEUTICALS, INC.;
ESI LEDERLE; PFIZER INC.; PHARMACIA &
UPJOHN COMPANY, LLC; PHARMACIA
CORPORATION; GREENSTONE, LTD;
SOLVAY PHARMACEUTICALS, INC.;
SOLVAY AMERICA, INC.; SOLVAY, S.A.,

        Defendants.
_____/

## O R D E R

       This cause comes before the Court on Plaintiffs' Motion for Reconsideration (Doc. No. 8). Having considered the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Reconsideration (Doc. No. 8) is **GRANTED** to the extent that the Court considered Plaintiffs' response (Doc. No. 9) to the Court's Order to Show Cause (Doc. No. 6). The Court, however, finds that Plaintiffs have not shown good cause for their failure to perfect service within the extended time granted by the Court, and the Court is not inclined to further extend the time to perfect service on Defendants based on Plaintiffs' response to the Court's Order to Show Cause.

       **DONE AND ORDERED** at Tampa, Florida, this 18th day of April, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge