UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAYE HARVILL and
LEONARD JACKSON,

       Plaintiffs,

v.                                                        Case No.  8:06-cv-1280-T-24 MAP

WYETH, ET AL.,

       Defendants.

_____/

## **ORDER**

       This cause comes before the Court on its own.  Plaintiffs filed their complaint on July 10,

2006.  Service of the complaint on Defendants was due on November 7, 2006.  On November 8,

2006, the Court issued an order to show cause regarding the failure to serve Defendants.  (Doc.

No. 3).  Plaintiffs responded that the associate that was handling this case left Plaintiffs'

counsel's law firm and failed to obtain service prior to his or her departure and that Plaintiffs'

counsel was unaware of the failure to perfect service.  (Doc. No. 4).  Plaintiffs requested, and the

Court granted, an additional ninety days to serve Defendants, making service due March 7, 2007.

(Doc. No. 4, 5).

       On April 3, 2007, the Court issued another order to show cause regarding the failure to

serve Defendants.  (Doc. No. 6).  The Court directed Plaintiffs to respond by April 10, 2007 or

the Court warned that it would dismiss the case.  (Doc. No. 6).  Plaintiffs did not file a timely

response, and on April 11, 2007, the Court issued an order dismissing the case without prejudice.

(Doc. No. 7).

       Thereafter, Plaintiffs filed a motion to reconsider the dismissal of their case and to grant

them an additional ninety days to serve Defendants.  (Doc. No. 11).  While the Court found that

Plaintiffs failed to show good cause for their failure to serve Defendants, the Court gave

Plaintiffs one final chance to serve all of the defendants.  (Doc. No. 12).  The Court extended the

deadline to serve Defendants until May 22, 2007.  The Court warned Plaintiffs that if they failed

to serve any of the defendants by May 22, 2007 and file proof of service by May 25, 2007, the

Court would dismiss Plaintiffs' claims against those defendants without prejudice without

further notice.  The Court also stated that no further extensions would be given.

Plaintiffs have filed proof of service as to three of the defendants: Wyeth, Wyeth

Pharmaceuticals, Inc., and ESI Lederle, Inc.  However, Plaintiffs failed to file proof of service by

May 25, 2007 as to the remaining defendants.  As such, Plaintiffs' claims against the remaining

defendants (Pfizer, Inc., Pharmacia & Upjohn Company LLC, Pharmacia Corporation,

Greenstone, Ltd., Solvay Pharmaceuticals, Inc., Solvay America, Inc., and Solvay, S.A.) are

dismissed without prejudice for failure to serve them.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of May, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2